# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MELANIE ALEXANDER** : | |
| : | |
| v. : | **CIVIL ACTION NO. 22-203** |
| : | |
| **COMMISSIONER OF SOCIAL** : | |
| **SECURITY** : | |

## ORDER

This 21st day of February, 2023, upon consideration of Plaintiff's request for review and Defendant's response, and after careful review of the Report and Recommendation of United States Magistrate Judge Craig M. Straw, it is **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Plaintiff's request for review is **DENIED**; and

3. Judgment is entered in favor of the Defendant.

The Clerk of Court is requested to mark this case closed.

/s/ Gerald Austin McHugh
United States District Judge